NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYERLIN ARIAS,<br><br>                    Plaintiff,<br><br>v.<br><br>ISSOUF DOUKORE, OUMAR CISSE, JOHN DOE 1-5 (names being fictitious), and ABC CORP. 1-5 (names being fictitious).<br><br>                    Defendants. | Civil Action No. 12-2348 (SDW)(MCA)<br><br><br>**ORDER**<br><br><br>November 6, 2013 |

**WIGENTON**, District Judge.

Before the Court is Mayerlin Arias's ("Plaintiff") Motion for Default Judgment as to Defendants Issouf Doukore and Oumar Cisse pursuant to Fed. R. Civ. P. Rule 55(b)(1). A proof of service was not submitted with Plaintiff's Motion for Default Judgment. Without a proof a service, the Motion for Default Judgment is procedurally deficient; thus, the Motion is **DENIED**.

**SO ORDERED.**

                                                                                            s/Susan D. Wigenton, U.S.D.J.

cc:    Madeline Cox Arleo, U.S.M.J.